IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JEFFREY M. ATENCIO                                                                                  PLAINTIFF

V.                                         CASE NO. 12-CV-1075

CENTRAL ARKANSAS
DEVELOPMENT COUNCIL                                                                DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Non-suit. (ECF No. 9). Plaintiff requests that the above-styled cause of action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge